IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

| | |
|---|---|
| Ruby Pierre,<br>　　　Plaintiff(s)<br>v.<br>Peace River Center for Personal Development, Inc.,<br>　　　Defendant(s) | Case No: |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Ruby Pierre, sues Defendant, Peace River Center for Personal Development, Inc., and states as follows:

1. This is a cause of action for discrimination in violation of the Florida Civil Rights Act, Fla. Stat. § 760.01 et seq., in excess of $15,000.

2. This Court has subject matter jurisdiction.

3. This Court is the appropriate venue.

4. Defendant Peace River Center for Personal Development (the "Center") is a Florida corporation.

5. This Court has personal jurisdiction over the Defendant.

6. During the time period at issue, the Center had 15 or more employees for each working day in each of 20 or more calendar weeks in the then-current or preceding calendar year.

7. During the time period at issue, the Center was and is an "employer" as that term is defined by the Florida Civil Rights Act.

8. Plaintiff Pierre is an individual resident of the state of Florida.

9. Plaintiff Ruby Pierre is a black African-American.

10. Plaintiff Pierre was previously employed by the Center from about May, 2009 until December 14, 2015.

1

11. Plaintiff worked at a facility operated by the Center called "Club Success" in Lakeland, Florida.

12. Club Success is a program that provides services to persons with mental illness in a clubhouse environment.

13. Plaintiff was employed as a Club House Generalist. She primarily worked in the restaurant unit teaching cooking and serving skills to members, but was also cross trained and worked in other areas from time to time.

14. During the time of her employment, Pierre was the only black employee at Club Success.

15. Pierre's employment was terminated on December 14, 2015.

16. Pierre's employment was terminated because of her race.

17. Plaintiff Pierre has been damaged by the Center's actions. Her damages include, but are not limited to, lost wages, emotional distress, and attorneys' fees and costs.

18. Plaintiff filed a charge with the U.S. Equal Employment Opportunity Commission ("EEOC"), charge number 511-2016-00597, within 300 days of her termination.

19. The charge was dual-filed with the Florida Commission on Human Relations ("FCHR") and processed by the EEOC on behalf of the FCHR pursuant to a work-sharing agreement between the EEOC and the FCHR.

20. The EEOC, acting on behalf of the FCHR, failed to conciliate or determine whether there was reasonable cause for the charge within 180 days of the filing of the charge.

21. Defendant's termination violates the Florida Civil Rights Act.

22. Defendant discriminated against Plaintiff with malice and reckless indifference to the rights of Plaintiff.

2016CA-003860-0000-00   Received in Polk 11/10/2016 11:33 AM

23. Plaintiff has retained the undersigned law firm and agreed to pay it a reasonable fee for its services.

WHEREFORE, Plaintiff Pierre demands a judgment against Defendant DS Services for violation of the Florida Civil Rights Act and awarding Plaintiff back pay, front pay in lieu of reinstatement (or, in the alternative, reinstatement), compensatory damages, punitive damages, reasonably attorneys' fees and costs, an injunction prohibiting further discriminatory conduct, and such other relief as the Court may deem appropriate.

### Jury Trial Demand

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 10, 2016

J. Kemp Brinson
Fla. Bar No. 752541
The Brinson Firm
PO Box 582
Winter Haven, FL 33882
kbrinson@brinsonfirm.com
(863)288-0234
Trial Counsel for Plaintiff

3